**IN THE UNITED STATES DISTRICT COURT**

**For The**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:23-po-00126-SAB |
| Plaintiff, | ) |
| v. | ) **DEFENDANT'S STATUS REPORT ON** |
| | ) **UNSUPERVISED PROBATION** |
| DINDO DIZON, | ) |
| Defendant. | ) |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** 38 CFR 1.218(b(29) – Parking in Spaces Posted as Reserved

**Sentence Date:** November 9, 2023

**Review Hearing Date:** December 14, 2023

**Probation Expires On:** February 9, 2024

***CONDITIONS OF UNSUPERVISED PROBATION:***

☒ **Obey all federal, state, and local laws**; notify of any address or financial changes; and

☒ **Monetary Fines & Penalties in Total Amount of:** $80.00 which Total Amount is made up of a Fine: $ 40.00 Special Assessment: $ $10.00 Processing Fee: $ 30.00 Restitution: $ N/A

☒ Payment schedule of $          per month by the          of each month;
to be paid in full by November 30, 2023.

☐ **Community Service hours Imposed of:**

☐ **Other Conditions:**

***COMPLIANCE:***

☒ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☒ Defendant has not been arrested, cited, or charged with any federal, state, or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☒ To date, Defendant has paid a total of $ 80.00
☐ If not paid in full when was last time payment:          Date: Click here to enter a date.
Amount:

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☐ Compliance with Other Conditions of Probation:

**GOVERNMENT POSITION:**

☒    The Government agrees to the above-described compliance.

☐    The Government disagrees with the following area(s) of compliance:

Government Attorney:     /s/ *Chan Hee Chu*         DATED:  11/29/2023
                         CHAN HEE CHU

**DEFENDANT'S REQUEST (OPTIONAL):**

In light of the information detailed in this status report, the defendant moves for the following:

☒    that the review hearing set for 12/14/2023 at 10:00 am

    ☐    be continued to Click here to enter a date. at 10:00 a.m.; or

    ☒    be vacated.

☒    that Defendant's  appearance for the review hearing be waived.

DATED:  11/29/2023          /s/ *Dindo Dizon*
                            DINDO DIZON
                            Defendant, Pro Se

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒    GRANTED.  The Court orders that the Review Hearing be vacated.

☐    DENIED.

IT IS SO ORDERED.

Dated:   **November 30, 2023**

_____
UNITED STATES MAGISTRATE JUDGE